# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 739 | DATE | 6/7/2001 |
| CASE TITLE | Krawczyszyn vs. Outlook Technologies, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing set for 9/6/2001 at 9:30 A.M..
(6) ■ Pretrial conference set for 6/26/2001 at 10:00 A.M..
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Ruling held. **ENTER MEMORANDUM OPINION:** Defendant's motion (Doc 5-1) to dismiss is denied. Plaintiff is granted leave to file the First Amended Complaint attached to Plaintiff's Response to Defendant's Motion to Dismiss. All discovery to be completed by September 6, 2001.

(11) ■ [For further detail see order attached to the original minute order.]

| | |
|---|---|
| | No notices required, advised in open court. |
| | No notices required. |
| | Notices mailed by judge's staff. |
| | Notified counsel by telephone. |
| ✓ | Docketing to mail notices. |
| | Mail AO 450 form. |
| | Copy to judge/magistrate judge. |

SCT courtroom deputy's initials

number of notices

JUN 1 1 2001 date docketed

docketing deputy initials

date mailed notice

Date/time received in central Clerk's Office

mailing deputy initials

Document Number

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JILL KRAWCZYSZYN, )
)
        Plaintiff, )
)
vs. ) No. 01 C 0739
)
OUTLOOK TECHNOLOGIES, INC., )
)
        Defendant. )

**MEMORANDUM OPINION**

DOCKETED
JUN 1 1 2001

CHARLES P. KOCORAS, District Judge:

This matter is before the Court on Defendant's Rule 12(b)(6) motion to dismiss the complaint. For the reasons set forth below, the motion is denied, and Plaintiff's request for leave to file the First Amended Complaint is granted.

**DISCUSSION**

On a Rule 12(b)(6) motion to dismiss, we are obligated to accept as true the well-pleaded allegations of the complaint. Bontkowski v. First National Bank of Cicero, 998 F.2d 459, 461 (7th Cir. 1993). On April 17, 2000, Plaintiff Jill Krawczyszyn was hired by Defendant Outlook Technologies, Inc. ("Outlook") as the company's Vice President of Sales and Strategy. The terms and conditions of her employment and compensation were set forth in an April 17, 2000 letter agreement (the



"Agreement") signed by both Krawczyszyn and Anthony Saineghi, Outlook's Chief Financial Officer. The Agreement, which is attached to the proposed First Amended Complaint as Exhibit A, provided that Krawczyszyn's salary would include a base salary plus commissions and a "Stock Option Bonus for Sales." The Agreement further provided that Krawczyszyn would be eligible to participate in Outlook's medical, dental, and 401K plans.

On November 9, 2000, Outlook terminated Krawczyszyn's employment. Krawczyszyn claims that following her termination, Outlook failed to timely provide her with information that would have enabled her to make informed decisions about COBRA health coverage or the exercise of her stock options. She also claims that Outlook owes her compensation for fifteen vacation days she did not take and commissions she earned but did not receive. Krawczyszyn therefore filed this action against Outlook, alleging violations of ERISA and the Illinois Wage Payment and Collection Act.

On April 2, 2001, Outlook moved pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the complaint. Krawczyszyn has responded by requesting leave to file an amended complaint which, she claims, addresses the issues raised in the motion to dismiss. Outlook has not replied or otherwise objected to the filing of the amended complaint.

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a plaintiff may amend the complaint once as a matter of course at any time before a responsive pleading is served. As Outlook has neither answered the complaint nor objected to the filing of the amended complaint, Krawczyszyn's request to file instanter the First Amended Complaint attached to her response to the motion to dismiss is granted. Furthermore, upon review of the First Amended Complaint, we conclude that the arguments in Defendant's motion to dismiss are now moot and deny the motion for that reason.

## CONCLUSION

For the foregoing reasons, the motion to dismiss is denied. Plaintiff is granted leave to file the First Amended Complaint attached to Plaintiff's Response to Defendant's Motion to Dismiss.

*Charles P. Kocoras*
Charles P. Kocoras
United States District Judge

Dated: June 7, 2001